UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Shomaray Lane

                            Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

~~-CR-   ( )( )~~

20 MJ 8735 (LMS)

Defendant ___Shomaray Lane_____ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

_x_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

*Shomaray Lane* by *Ben G*
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

*Ben G*
Defendant's Counsel's Signature

Shomaray Lane
Print Defendant's Name

Benjamin Gold
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

8/17/2020
Date

Lisa Margaret Smith
~~U.S. District Judge~~/U.S. Magistrate Judge